1 | THOMAS P. O'BRIEN
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
RUSSELL W. CHITTENDEN
4 | Assistant United States Attorney
California Bar Number: 112613
5 |    Federal Building, Suite 7516
   300 North Los Angeles Street
6 |    Los Angeles, California 90012
   Telephone: (213) 894-2444
7 |    Facsimile: (213) 894-7819
   Email: russell.chittenden@usdoj.gov
8
Attorneys for Defendant Kathleen Sebelius,
9 | Secretary of the United States Department
of Health and Human Services

JS - 6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| BEACON HEALTHCARE SERVICES, INC., | SACV 07-918 JVS (RNBx) |
| Plaintiff, | <u>JUDGMENT</u> |
| v. | |
| KATHLEEN SEBELIUS, in her capacity as Secretary of the Department of Health and Human Services, an agency of the United States, | |
| Defendant. | |

1  This matter came on regularly for hearing on June 1, 2009, before the
2 Honorable James V. Selna, United States District Judge, and the Court having
3 considered the pleadings, administrative record, briefs and oral argument;
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the final
5 decision of defendant Kathleen Sebelius, the Secretary of the Department of Health
6 and Human Services ("the Secretary"), is affirmed and judgment in this matter is
7 hereby entered in favor of the Secretary and against plaintiff Beacon Healthcare
8 Services, Inc.

10  DATED: This 10th Day of , 2009.

12  _____
    UNITED STATES DISTRICT JUDGE

14 PRESENTED BY:

15 THOMAS P. O'BRIEN
   United States Attorney
16 LEON W. WEIDMAN
   Assistant United States Attorney
17 Chief, Civil Division

18 */s/ Russell W. Chittenden*
   RUSSELL W. CHITTENDEN
19 Assistant United States Attorney

20 Attorneys for Defendant Kathleen Sebelius,
   Secretary of the United States Department
21 of Health and Human Services

2